**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Jose I. MACIA, Defendant–Appellant.**

No. 08–12286
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 3, 2009.

Jose Ignacio Macia, Butner, NC, pro se.

Jeanne Marie Mullenhoff, Anne R. Schultz, U.S. Attorney's Office–SFL, Lisa T. Rubio, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and FAY, Circuit Judges.

PER CURIAM:

On April 7, 1999, the district court entered a judgment convicting and sentencing appellant for various offenses not pertinent here. He appealed the judgment, challenging both his convictions and sentences. We affirmed. *United States v. De Leon,* 54 Fed.Appx. 935 (11th Cir.2002) (not published).

On October 19, 2007, appellant, proceeding *pro se,* moved the district court pursuant to Federal Rule of Civil Procedure 60(b) to set aside the April 7, 1999 judgment. On November 27, 2007, the court denied his motion. On January 28, 2008, appellant moved the court for reconsideration. The court denied the motion on April 8, 2008. On April 8, 2008, he appealed the court's ruling.

We affirm the denial of appellant's Rule 60(b) motion. That rule applies in civil cases, not in criminal cases such as the case here.

### AFFIRMED.